

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2015

No. 04-15-00506-CV

**IN THE INTEREST OF J.T., J.T., J.T., AND J.T., CHILDREN**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00390
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

      The motion for extension of time to file appellant's brief is granted. We order appellant's brief due October 7, 2015.

_____
Luz Elena D. Chapa, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court